ROSES INC., THE FLORAL TRADE COUNCIL AND THE CALIFORNIA FLORAL TRADE COUNCIL, PLAINTIFFS *v.* UNITED STATES, DEFENDANT

Court No. 87–01–00045

(Dated April 17, 2001)

## JUDGMENT

WATSON, *Senior Judge:* In this case, issue was joined on April 10, 1987. No action has been taken by plaintiff to prosecute this case since June 9, 1987, on which date the plaintiff stipulated with defendants for access to confidential documents filed as part of the administrative record. Accordingly, this action is dismissed for lack of prosecution.

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 87–07–00778

(Dated April 17, 2001)

## JUDGMENT

WATSON, *Senior Judge:* In this case, issue was joined on October 19, 1987. No action has been taken by plaintiff to prosecute this case since December 1, 1987, on which date the plaintiff stipulated with defendant to a protective order. Accordingly, this action is dismissed for lack of prosecution.

SANYO ELECTRIC CO., LTD, AND SANYO ELECTRIC INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 88–03–00216

(Dated April 17, 2001)

## JUDGMENT

WASTON, *Senior Judge:* In this case, issue was joined on November 3, 1988. No action has been taken by plaintiff to prosecute this case since August 15, 1989, on which date the plaintiff's attorneys filed Notice of Change of Address. Accordingly, this action is dismissed for lack of prosecution.